IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANITA CRANE<br>9770 Hagel Circle<br>Lorton, VA 22079,<br><br>    Plaintiff<br><br>v.<br><br>NATIONAL CABLE SATELLITE<br>CORPORATION<br>aka C-SPAN<br>400 North Capitol Street<br>Suite 650<br>Washington, DC 20001,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No._____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL

To:    United States District Court
       for the District of Columbia

The Clerk Of The Superior Court Of The District Of Columbia

John F. Karl, Jr., Esq.
Karl & Tone
900 17th Street, NW, Suite 1250
Washington, DC 20006

PLEASE TAKE NOTICE that on the 19th day of October, 2005, Defendant National Cable Satellite Corporation ("NCSC"), by and through counsel, hereby removes this civil action from the Superior Court Of The District Of Columbia pursuant to 28 U.S.C. §§ 1331, 1332, 1441 and 1446. The grounds for this removal are as follows:

    1.    Plaintiff Anita Crane commenced a civil action now pending in the Superior Court Of The District Of Columbia entitled *Anita Crane v. National Cable Satellite Corporation*, Civil Action No. 05-0007704.

2. The Summons and Complaint were served on Defendant NCSC on September 29, 2005. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders served upon Defendant in this action are attached hereto as Exhibit 1 (Complaint, Summons, and Initial Order).

3. Plaintiff Anita Crane is a resident of Lorton, Virginia. *See* Complaint ¶ 3.

4. Defendant NCSC has its principal place of business in Washington, D.C. and is incorporated in Washington, D.C. *See* 28 U.S.C. § 1332(c); Complaint ¶ 2.

5. Plaintiff's Complaint asserts claims for disability discrimination, religion discrimination, and retaliation in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e *et seq.* Plaintiff's Complaint demonstrates that the alleged amount in controversy exceeds $75,000, exclusive of interest, costs and attorneys' fees. Plaintiff's seeks $300,000 in compensatory and punitive damages. *See* Complaint, Prayer For Relief.

6. This Court has original diversity jurisdiction of this action under 28 U.S.C. § 1332 because of the complete diversity of citizenship among the parties and because the amount in controversy exceeds $75,000. Therefore, this case is properly removable to this Court under 28 U.S.C. § 1441(a).

7. This Court also has original federal question jurisdiction of this action under 28 U.S.C. § 1331 because Plaintiff's cause of action is based on a law of the United States. Therefore, this case is properly removable to this Court under 28 U.S.C. § 1441(b).

8. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b), in that it is filed within thirty (30) days of receipt of Plaintiff's Complaint.

9. Accordingly, this action may be removed to this Court pursuant to 28 U.S.C. §§ 1441(a) and 1441(b).

9       Notice of the filing of this Notice of Removal will be given to Plaintiff and will be filed with the Clerk of the Superior Court Of The District Of Columbia pursuant to 28 U.S.C. § 1446(d). *See* Exhibit 2.

WHEREFORE, this action is removable to this Court pursuant to 28 U.S.C. §§ 1331, 1332 and 1441 under this Court's original diversity jurisdiction and federal question jurisdiction.

Respectfully submitted,

NATIONAL CABLE SATELLITE
CORPORATION

By: _____
Joseph R. Damato, Esq., # 358130
Raymond C. Baldwin, Esq., # 461514
David M. Burns, Esq. # 466167
SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W., Suite 500
Washington, DC 20006-4004
(202) 463-2400
(202) 828-5393 (fax)

Dated: October 19, 2005          Attorneys for Defendant

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Notice of Removal was served by first class mail, postage prepaid, this 19th day of October, 2005 on:

>John F. Karl, Jr., Esq.
>Karl & Tone
>900 17th Street, NW, Suite 1250
>Washington, DC 20006

_____
David M. Burns

I further certify that I promptly will cause a copy of this Notice of Removal to be filed with the Clerk of the Superior Court Of The District Of Columbia in accordance with 28 U.S.C. § 1446(d).

_____
David M. Burns