**IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**Civil Division**

| | | |
|---|---|---|
| ANITA CRANE | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-0007704 |
| | ) | |
| NATIONAL CABLE SATELLITE | ) | Calendar # Not Listed On Initial Order |
| CORPORATION | ) | Judge Frederick H. Weisberg |
| | ) | Next Event:    Initial Conference |
| Defendant. | ) | December 23, 2005 |
| | ) | |

**NOTICE OF FILING OF NOTICE OF REMOVAL TO**
**THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

To:    The Clerk Of The Superior Court Of The District Of Columbia

John F. Karl, Jr., Esq.
Karl & Tone
900 17th Street, NW, Suite 1250
Washington, DC 20006

PLEASE TAKE NOTICE that on the 19th day of October, 2005, Defendant National

Cable Satellite Corporation, by and through counsel, filed its Notice of Removal of this action to

the United States District Court for the District of Columbia.  A true copy of the Notice of

Removal is attached hereto as Exhibit A.

Pursuant to 28 U.S.C. § 1446(d), the Superior Court Of The District Of Columbia may not proceed further with this matter at this time.

Respectfully submitted,

NATIONAL CABLE SATELLITE CORPORATION

By: _____

Joseph R. Damato, Esq., # 358130
Raymond C. Baldwin, Esq., # 461514
David M. Burns, Esq. # 466167
SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W., Suite 500
Washington, DC 20006-4004
(202) 463-2400
(202) 828-5393 (fax)

Dated: October 19, 2005                    Attorneys for Defendant

2

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Notice Of Filing Of Notice Of Removal To

The United States District Court For The District Of Columbia was served by first class mail,

postage prepaid, this 19th day of October, 2005 on:

> John F. Karl, Jr., Esq.
> Karl & Tone
> 900 17th Street, NW, Suite 1250
> Washington, DC 20006

David M. Burns