IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANITA CRANE ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No._____ |
| ) | |
| NATIONAL CABLE SATELLITE ) | |
| CORPORATION ) | |
| ) | |
| Defendant. ) | |
| _____) | |

### CERTIFICATE UNDER LCvR 7.1

We, the undersigned, counsel of record for Defendant, National Cable Satellite Corporation ("NCSC"), certify that to the best of our knowledge and belief, there are no parent companies, subsidiaries or affiliates of NCSC which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

NATIONAL CABLE SATELLITE
CORPORATION

By: _____
Joseph R. Damato, Esq., # 358130
Raymond C. Baldwin, Esq., # 461514
David M. Burns, Esq. # 466167
SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W., Suite 500
Washington, DC 20006-4004
(202) 463-2400
(202) 828-5393 (fax)

Dated: October 19, 2005                    Attorneys for Defendant

DC1 30154371.1

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Certificate Under LCvR 7.1 was served by first class mail, postage prepaid, this 19th day of October, 2005 on:

> John F. Karl, Jr., Esq.
> Karl & Tone
> 900 17th Street, NW, Suite 1250
> Washington, DC 20006

_____
David M. Burns