**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANITA CRANE )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>NATIONAL CABLE SATELLITE )<br>CORPORATION )<br>)<br>    Defendant. )<br>_____) | Civil Action No. 1:05-cv-02052-RMU |

## ENTRY OF APPEARANCE OF RAYMOND C. BALDWIN

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Please enter the appearance of Raymond C. Baldwin as counsel in this case for Defendant National Cable Satellite Corporation.

                                                Respectfully submitted,

                                                NATIONAL CABLE SATELLITE
                                                CORPORATION


                                                By:_____/s/_____
                                                  Raymond C. Baldwin, Esq., # 461514
                                                  Joseph R. Damato, Esq., # 358130
                                                  David M. Burns, Esq. # 466167
                                                  SEYFARTH SHAW LLP
                                                  815 Connecticut Avenue, N.W., Suite 500
                                                  Washington, DC 20006-4004
                                                  (202) 463-2400
                                                  (202) 828-5393 (fax)

Dated: October 21, 2005                    Attorneys for Defendant

DC1 30154714.1