IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANITA CRANE )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>NATIONAL CABLE SATELLITE )<br>CORPORATION )<br>)<br>    Defendant. )<br>_____) | Civil Action No. 1:05-cv-02052-RMU |

## JOINT RULE 16.3 STATEMENT OF THE PARTIES

Pursuant to Local Civil Rule 16.3, the parties have met and conferred and hereby submit their joint written report outlining the discovery plan and including a proposed scheduling order.

## DISCOVERY PLAN

| | |
|---|---|
| Joinder of Additional Parties and Amendment of Pleadings, Defendant reserves The right to object to any such amendment/joinder. | January 31, 2006 |
| Initial Scheduling Conference | January 17, 2006 |
| Exchange Rule 26(a) Disclosures | January 31, 2006 |
| Plaintiff's Rule 26(a)(2) Expert Disclosures | February 20, 2006 |
| Defendant's Rule 26(a)(2) Expert Disclosures | March 20, 2006 |
| Plaintiff's Rebuttal Rule 26(a)(2) Expert Disclosures | March 27, 2006 |
| Discovery Deadline | June 18, 2006 |
| Dispositive Motions Due | Sixty (60) Days After Close of Discovery |

Pretrial                                              Sixty (60) Days After Ruling on Dispositive Motions

## LOCAL RULE 16.3(C) MATTERS DISCUSSED BY THE PARTIES

Plaintiff Anita Crane alleges that her former employer, the National Cable Satellite Corporation, discriminated against her on the basis of disability and religion, by subjecting her work to heightened scrutiny and creating a double standard for evaluation of her work and by firing her.  Plaintiff also alleges that her employment was terminated in retaliation for engaging in protected activity.  Plaintiff alleges that Defendant's actions violated Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e *et seq*.  Plaintiff seeks $300,000 in compensatory and punitive damages. This Court has original federal question jurisdiction of this action under 28 U.S.C. § 1331, and removal jurisdiction under 28 U.S.C. § 1441(b), because Plaintiff's cause of action is based on a law of the United States.

Pursuant to Local Rule 16.3(c), the parties have reached agreement as to the following matters:

1.  **Dispositive motions:** Defendant anticipates filing a dispositive motion on all or part of the facts alleged in Plaintiff's complaint, which the Plaintiff intends to oppose.

2.  **Joinder/Amendment of Pleadings:** The parties request a period of up to January 31, 2006, although none are anticipated at this time. Defendant reserves the right to object to any such amendment/joinder.

3.  **Assignment to Magistrate Judge:** The parties do not oppose the referral of any discovery disputes that may arise.  The parties are amenable to have the matter assigned to a Magistrate Judge for settlement purposes at such time as it appears settlement discussions may be productive.  The parties do not consent to referring this matter to a magistrate for trial.

4.  **Possibility of Settlement:** The parties have initiated preliminary settlement discussions but have been unable to reach an agreement.  The parties plan to continue settlement discussions.

5. **Alternative Dispute Resolution:** The parties have discussed ADR as outlined in Rule 16.3(c)(5), and agree that ADR would likely not be beneficial at this time. The parties agree, however, that ADR may be revisited after the close of discovery.

6. **Dispositive Motions:** The parties agree that any dispositive motions should be filed sixty (60) days after the close of discovery with any opposition to be filed thirty (30) days thereafter and any reply due fifteen (15) days after the filing of the opposition.

7. **Initial Disclosures:** The parties have agreed to exchange initial disclosures no later than January 31, 2006.

8. **Extent of Discovery:** The parties agree that the discovery period of this matter should extend for 150 days from the initial scheduling conference, which is presently scheduled to occur on January 17, 2006. Discovery shall be completed by June 18, 2006. Each party shall be limited to no more twenty-five (25) interrogatories and no more than twenty-five (25) hours for non-expert depositions. The parties will seek to reach an agreement on the terms of an appropriate protective order without the necessity of intervention of the court.

9. **Expert Witness Reports:** Plaintiff shall disclose all experts and provide all expert reports approximately thirty (30) days after the initiation of the discovery period, by February 20, 2006. Defendant shall disclose any experts and provide expert reports within thirty (30) days after any disclosure by Plaintiff, by March 20, 2006. Plaintiff shall have until March 27, 2006 to submit any rebuttal expert reports.

10. **Class Actions:** This matter is not a class action.

11. **Bifurcated Trial/Discovery:** There are no requests for bifurcation by either party.

12. **Pretrial Conference Date:** The parties suggest that a pretrial conference be scheduled sixty (60) days after the resolution of any dispositive motions filed with the court.

13. **Trial Date:** The parties suggest that a trial date be set at the time the pretrial conference is scheduled.

Respectfully submitted,

/s/ John F. Karl, Jr.
John F. Karl, Jr.  #292458
KARL & TARONE
900 17th Street, NW, Suite 1250
Washington, DC 20006

Attorney for Anita Crane

/s/ Raymond C. Baldwin
Raymond C. Baldwin #461514
David M. Burns, Esq. # 466167
SEYFARTH SHAW LLP
815 Connecticut Avenue, NW, Suite 500
Washington, DC 200006
(202) 463-2400

Attorneys for National Cable Satellite Corporation

4

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANITA CRANE )<br>)<br>　　　Plaintiff )<br>)<br>v. )<br>)<br>NATIONAL CABLE SATELLITE )<br>CORPORATION )<br>)<br>　　　Defendant. )<br>_____) | Civil Action No. 1:05-cv-02052-RMU |

## SCHEDULING ORDER

| | |
|---|---|
| Joinder of Additional Parties and Amendment of Pleadings, Defendant Reserves the right to object to any such Amendment/Joinder | January 31, 2006 |
| Initial Scheduling Conference | January 17, 2006 |
| Exchange Rule 26(a) Disclosures | January 31, 2006 |
| Plaintiff's Rule 26(a)(2) Expert Disclosures | February 20, 2006 |
| Defendant's Rule 26(a)(2) Expert Disclosures | March 20, 2006 |
| Plaintiff's Rebuttal Rule 26(a)(2) Expert Disclosures | March 27, 2006 |
| Discovery Deadline | June 18, 2006 |
| Dispositive Motions Due | Sixty (60) Days After Close of Discovery |
| Pretrial | Sixty (60) Days After Ruling on Dispositive Motions |

DATE: _____                    _____
　　　　　　　　　　　　　　　　　　Honorable Ricardo M. Urbina
　　　　　　　　　　　　　　　　　　United States District Court for the District
　　　　　　　　　　　　　　　　　　of Columbia