**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANITA CRANE )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>NATIONAL CABLE SATELLITE )<br>CORPORATION )<br>)<br>    Defendant. )<br>_____) | Civil Action No. 1:05-cv-02052-RMU |

## SCHEDULING ORDER

| | |
|---|---|
| Joinder of Additional Parties and Amendment of Pleadings, Defendant Reserves the right to object to any such Amendment/Joinder | January 31, 2006 |
| Initial Scheduling Conference | January 17, 2006 |
| Exchange Rule 26(a) Disclosures | January 31, 2006 |
| Plaintiff's Rule 26(a)(2) Expert Disclosures | February 20, 2006 |
| Defendant's Rule 26(a)(2) Expert Disclosures | March 20, 2006 |
| Plaintiff's Rebuttal Rule 26(a)(2) Expert Disclosures | March 27, 2006 |
| Discovery Deadline | June 18, 2006 |
| Dispositive Motions Due | Sixty (60) Days After Close of Discovery |
| Pretrial | Sixty (60) Days After Ruling on Dispositive Motions |

DATE: _____  _____
Honorable Ricardo M. Urbina
United States District Court for the District of Columbia

DC1 30158862.1

DC1 30158862.1