UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANITA CRANE** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) C. A. NO. 05-2052 RMU |
| | ) |
| **NATIONAL CABLE SATELLITE** | ) |
| **CORPORATION** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME FOR
ANSWERING DISCOVERY REQUESTS**

This an employment discrimination action brought under Title VII and the Americans with Disabilities Act. Pursuant to the Order of the Court and Rule 26(a)(1) of the Federal Rules of Civil Procedure, Anita Crane timely made her Initial Disclosures.

Defendant served discovery requests by mail on January 23, 2006. Plaintiff's counsel incorrectly calendared them for February 28, 2006.

The undersigned counsel spent much of February, 2006 in preparation for and in trial before U.S. District Judge Kessler. *Galvan v. District of Columbia,* C.A. No 03-1960 GK. Trial in that case began on February 21, 2006 and continued through March 2, 2006. Counsel previously estimated the trial would last 4-5 days and would end no later than February 27, 2006.

On February 28, 2006, before trial, plaintiff's counsel sent a letter to counsel for defendant requesting consent to a two-week enlargement of time for responding to defendant's discovery requests. The letter noted that plaintiff's counsel was "in trial and ha[d] a brief that is due next week

1

in the D.C. Circuit."[1]

Counsel for defendant refused to consent to the request for enlargement of time and insisted that plaintiff agree to onerous conditions as the price of consent to the enlargement of time.

Accordingly, plaintiff files this motion to request additional time on a matter that should not have to be brought before the court.

## ARGUMENT

Fed.R.Civ.P. 6(b) allows the grant the requested enlargement of time for responding to defendant's discovery requests for "excusable neglect." It is respectfully submitted that the circumstances present here, where plaintiff's counsel was in trial and erroneously calendared the discovery responses for February 28, 2006, rather than for the previous day, meets the standard for "excusable neglect."

WHEREFORE, plaintiff respectfully requests the court enlarge the time for her to respond to defendant's discovery requests to and including March 14, 2006. A draft Order is attached.

Respectfully submitted,

_____
John F. Karl, Jr. 292458
Karl & Tarone
900 17th Street, N.W.
Suite 1250
Washington, D.C. 20006
(202) 293-3200
Counsel for Plaintiff

---

[1] The undersigned counsel requested additional time for the filing of Appellant's Brief in *Velikonja v. Mueller*, App. No. 05-5030 and 05-5303.