**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ANITA CRANE** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **C. A. NO. 05-2052 RMU** |
| | ) |
| **NATIONAL CABLE SATELLITE** | ) |
| **CORPORATION** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**PLAINTIFF'S SECOND MOTION FOR ENLARGEMENT OF TIME FOR
ANSWERING DISCOVERY REQUESTS**

This an employment discrimination action brought under Title VII and the Americans with Disabilities Act. Pursuant to the Order of the Court and Rule 26(a)(1) of the Federal Rules of Civil Procedure, Anita Crane timely made her Initial Disclosures.

Plaintiff's responses to defendant's discovery requests are currently due on March 14, 2006. Last week Plaintiff met with the undersigned counsel to review the answers already prepared. After that meeting last week, Ms. Crane planned to work over the week-end to finish her discovery responses. Ms. Crane and her counsel anticipated no difficulties in meeting the deadline and scheduled an appointment to review the draft responses.

However, on Friday, March 10, 2006, Ms. Crane went into insulin shock and floated in and out of consciousness for a period of time. Neighbors heard the commotion and called for emergency rescue squad. When the rescue squad arrived, Ms. Crane was partially paralyzed and unable to use the telephone to alert the rescue squad that she was still in her home. The only way she was able to alert the rescue squad was to fire the gun she lawfully kept in her house. This bizarre sequence of

1

events led to her arrest by the Fairfax County Police and incarceration from March 10 to March 13, 2006. Ms. Crane was released by mid-afternoon on March 13, 2006. As a result, Ms. Crane was unable to finish the drafts of her discovery responses in a timely manner.

Plaintiff's counsel is unable to review the draft Answers because of Brief due in the U.S. Court of Appeals for the District of Columbia Circuit on March 15, 2005. *Velikonja v. Gonzales*, App. No. 05-5030 and 05-5303. In addition, plaintiff's counsel has oral argument before the U.S. Court of Appeals for the Fourth Circuit scheduled for March 21, 2006 in Columbia, SC. *Howard v. England*, App. No. 05-CV-1258.

Counsel for plaintiff sought consent to the requested enlargement of time by letter faxed to defendant's earlier this afternoon. However, counsel for defendant did not consent to this request and did not consent to the previous request.

Accordingly, plaintiff files this motion to request additional time on a matter that should not have to be brought before the court.

WHEREFORE, plaintiff respectfully requests the court enlarge the time for her to respond to defendant's discovery requests to and including March 23, 2006. A draft Order is attached.

Respectfully submitted,

_____
John F. Karl, Jr. 292458
Karl & Tarone
900 17th Street, N.W.
Suite 1250
Washington, D.C. 20006
(202) 293-3200

2

Counsel for Plaintiff