UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANITA CRANE | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. NO. 05-2052 RMU |
| | ) |
| NATIONAL CABLE SATELLITE | ) |
| CORPORATION | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME FOR
ANSWERING DISCOVERY REQUESTS**

Upon consideration of Plaintiff's Second Motion for Enlargement of Time for Answering Discovery Requests, the Opposition thereto, and the entire record herein, it is this __ day of March, 2006, hereby

ORDERED that plaintiff's motion should be, and hereby is, granted; and it is further

ORDERED that time for plaintiff to respond to defendant's discovery requests is extending to and including March 23, 2006.

_____
RICARDO M. URBINA
U.S. DISTRICT JUDGE

1

BY ECF

cc:    John F. Karl, Jr.
Karl & Tarone
900 17th Street, N.W.
Suite 1250
Washington, D.C. 20006
(202) 293-3200
Counsel for Plaintiff

Raymond C. Baldwin, Esquire
SEYFARTH SHAW
815 Connecticut Ave., N.W.
Washington, D.C. 20006
Counsel for Defendant