**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANITA CRANE )<br>)<br>     Plaintiff )<br>)<br>v. )<br>)<br>NATIONAL CABLE SATELLITE )<br>CORPORATION )<br>)<br>     Defendant. )<br>_____) | Civil Action No. 1:05-cv-02052-RMU |

**CONSENT MOTION FOR EXTENSION OF TIME
TO IDENTIFY EXPERT WITNESSES**

Defendant National Cable Satellite Corporation ("NCSC" or "Defendant"), by undersigned counsel, hereby submits its Consent Motion for Extension of Time To Identify Expert Witnesses. In support thereof Defendant states:

1. Plaintiff has sued Defendant, alleging, among other things, that she was discriminated against on the basis of a disability.

2. On January 23, 2006, Defendant issued written discovery to Plaintiff. Following two extensions of time to respond, Plaintiff is expected to provide responses by March 23, 2006.

3. Plaintiff's Rule 26 disclosures were due on February 20, 2006. Plaintiff did not identify an expert witness.

4. Defendant's Rule 26 expert disclosures are due on March 20, 2006.

5. Because Plaintiff did not identify an expert witness and has not provided responses to written discovery, Defendant is unable to determine whether it will be necessary for it to identify and utilize an expert witness.

6. Accordingly, Defendant requests a three week extension of time, from the date Plaintiff provides written discovery responses, for it to identify an expert witness.

7. Plaintiff has consented to this extension of time.

8. This brief extension of time will not adversely impact the conduct of discovery in this case.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests that this Court extend the time for it to identify expert witnesses, until three weeks from the date on which Plaintiff provides her responses to Defendant's discovery requests.

    Respectfully submitted,

    NATIONAL CABLE SATELLITE
    CORPORATION

    By: /s/ Raymond C. Baldwin
        Raymond C. Baldwin, Esq., # 461514
        David M. Burns, Esq., # 466167

    SEYFARTH SHAW LLP
    815 Connecticut Avenue, N.W., Suite 500
    Washington, DC 20006-4004
    (202) 463-2400
    (202) 828-5393 (fax)

Dated: March 20, 2006    Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANITA CRANE )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>NATIONAL CABLE SATELLITE )<br>CORPORATION )<br>)<br>    Defendant. )<br>_____) | Civil Action No. 1:05-cv-02052-RMU |

## **ORDER**

Upon consideration of Defendant's Consent Motion for Extension of Time To Identify Expert Witnesses, and the entire record herein, it is, this _____ day of _____, 2006, be and hereby is GRANTED, and Defendant shall identify its expert witnesses three weeks from the date Plaintiff provides her responses to Defendant's discovery requests.

SO ORDERED,

_____
Ricardo M. Urbina
Judge, U.S. District Court for
the District of Columbia

3

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Consent Motion for Extension of Time to Identify Expert Witnesses was electronically, this 20th day of March, 2006 on:

> John F. Karl, Jr., Esq.
> Karl & Tarone
> 900 17th Street, NW, Suite 1250
> Washington, DC 20006

/s/ Raymond C. Baldwin
Raymond C. Baldwin
