# CHARGE OF DISCRIMINATION

| | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy of 1974; See Privacy Act Statement before completing this form. | ☒ FEPA<br>☐ EEOC | 04-064-P(CN)<br>10CAH00061 |

D.C. Office Of Human Rights _____ and EEOC
*State or local Agency, if any*

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Ms. Anita C. Crane | (703) 541-0877 |
| STREET ADDRESS          CITY, STATE AND ZIP CODE | DATE OF BIRTH |
| 9770 Hagel Circle, Lorton, VA 22079 | |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| National Cable Satellite Corp. | Cat C (201-500) | (202) 737-3220 |
| STREET ADDRESS          CITY, STATE AND ZIP CODE | | COUNTY |
| 400 N. Capitol Street, N.W., Suite 650, Washington, DC 20001 | | 001 |
| NAME | | TELEPHONE NUMBER (Include Area Code) |
| | | |
| STREET ADDRESS          CITY, STATE AND ZIP CODE | | COUNTY |
| | | |

CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))*

☐ RACE  ☐ COLOR  ☐ SEX  ☒ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☒ OTHER (Specify)
Employment

| DATE DISCRIMINATION TOOK PLACE | |
|---|---|
| EARLIEST | LATEST |
| 02/05/2003 | 10/03/2003 |
| ☐ CONTINUING ACTION | |

THE PARTICULARS ARE *(If additional space is needed, attach extra sheet(s)):*

I believe I have been discriminated against and subjected to disparate treatment and a hostile work environment in the demotion and involuntary termination of my employment on the bases of my disability, religion (Catholic), political affiliation (Conservative) and retaliation because:

I was hired by Respondent as a Promotions Producer on January 19, 1999, and I performed my duties satisfactorily.

Between 1999 and the year 2002, Respondent gave me good reviews on my job performance. In my annual review on February 5, 2003, Respondent subjected me to unequal treatment, discrimination and harassment when I was rated "unsuccessful" and put on 90-days probation. I objected to my review citing ongoing stress had aggravated my diabetes thus blurring my vision. On February 27, 2003, Respondent demanded my resignation because I had chronic diabetes and complications. On April 15, 2003, I turned in the medical documentation that had been demanded of me. All this harassment created a hostile work environment. On April 23, 2003, I submitted documentation of all the discrimination I had endured to Respondent's Executive Vice President. In retaliation, on June 25, 2003, Respondent demoted me to a Level 13 Production Associate, and reduced my salary by more than a third. Respondent also subjected me to negative comments about my religion and presumed political viewpoints. Finally, on October 3, 2003, Respondent

** Text is Continued on Attached Sheet(s) **

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary for State and Local Requirements) |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT |
| | Melissa C. Shessa<br>Notary Public District of Columbia<br>My Commission Expires 12-14-2006 |
| Date          Charging Party (Signature) | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(Month, day and year)  11/25/03 |

EEOC FORM 5 (Rev. 07/99)

**RESPONDENT'S COPY**

Nov. 25 10:17 2003  CP Initials _/\\__  Chg # , Attachment Page 1

----------------------------------------------------------------

Equal Employment Opportunity Commission
Form 5 - Charge of Discrimination, Additional Text
----------------------------------------------------------------

terminated my employment for not meeting their expectations and
because they did not like my alleged attitude about my new position.

I charge Respondent with an unlawful discriminatory practice on the
bases of my disability, religion, political affiliation and
retaliation, in violation of the D.C. Human Rights Act of 1977, as
amended, Title VII of the Civil Rights Act of 1964, as amended, and
the Americans with Disabilities Act of 1990.  I have not commenced
any action, civil, criminal or administrative, based on the above
allegations, other than the following:  CROSS FILED WITH THE EEOC.