## COMPLAINT QUESTIONNAIRE

Information required therein will assist OHR staff to determine the nature and extent of discrimination as defined by the Federal/Local Discrimination Laws. Please provide the following information:

*Notice of Non-Discrimination*

*In accordance with the D.C. Human Rights Act of 1977, as amended, D.C. Official Code Section 2-1401.01 et seq., (Act) the District of Columbia does not discriminate on the basis of race, color, religion, national origin, sex, age, marital status, personal appearance, sexual orientation, familiar status, family responsibilities, matriculation, political affiliation, disability, source of income, or place of residence or business. Sexual harassment is a form of sex discrimination which is also prohibited by the Act. Discrimination in violation of the Act will not be tolerated. Violators will be subject to disciplinary action.*

### I. COMPLAINANT

| | | |
|---|---|---|
| Date: 11/17/03 | OHR Docket No.: | EEOC Docket No.: |

- Name: Anita C. Crane
- Address: 9770 Hagel Circle
- City/State/Zip: Lorton VA 22079-4312

| Tel # (H) 703-541-0877 | Tel # (W) |
|---|---|
| Race: Caucasian | Social Security No: |
| Sex: female | Date of Birth: |

**CONTACT PERSON IF YOU CAN NOT BE REACHED:**

- Name: Michele & M.J. Velasco
- Address: 3830 N. Ninth Street, No. 905E
- City/State/Zip: Arlington VA 22203

| Tel # (H) 703-528-7261 | Tel # (W) 202-380-4053 |
|---|---|

**HOW WERE YOU REFERRED TO THE OHR?**

If you have an Attorney, please provide the following information:   Fax: 202-429-1851
- Name: John F. Karl, Jr.     Telephone/Fax: 202-293-3200
- Address: McDonald & Karl 900 17th St. NW, Suite 1250, Washington DC 20006

☐ EEOC   ☐ EEO Counselor   ☐ Agency/Organization:
☐ Friend/Co-worker   ☐ Pamphlets/Brochures
☐ Telephone Book   ☐ TV/Radio Announcements (TV/Radio Station):

DC Office of Human Rights
441 4th Street, NW, Suite 570N
Washington, DC 20001
202-727-4559 *Fax 202-727-9589
Complaint Form

rev 02/02

1

## 2. RESPONDENT

NAME OF COMPANY OR ORGANIZATION:
National Cable Satellite Corporation

NAME AND TITLE OF PRINCIPAL OFFICER (EX. PRESIDENT, OWNER, HUMAN RESOURCES MANAGER, ETC.)
Brian P. Lamb, Chairman & CEO

Nature of Business: C-SPAN, C-SPAN 2, C-SPAN 3, C-SPAN Radio

Address: 400 N. Capitol St. NW, Suite 650

City/State/Zip: Washington DC 20001

Tel #: 202-737-3220, ext. 7958      Tel # (Fax)

## 3. BASIS OF COMPLAINT
*The Basis would be the reason you were treated differently than others outside of you protected class.*

Do you feel you were discriminated against because of your: (Please check appropriate box and provide detail if necessary.)

- ☐ Race
- ☐ Sex
- ☐ National Origin
- ☒ Religion  Catholic
- ☐ Color
- ☐ Age
- ☒ Disability  diabetes & limited vision
- ☐ Familial Status
- ☐ Source of Income
- ☐ Matriculation  ☐ Marital Status
- ☐ Personal Appearance
- ☐ Sexual Orientation
- ☐ Place of Residence or Business
- ☒ Political Affiliation
- ☐ Family Responsibilities

## 4. JURISDICTION

- ☒ Alleged violation occurred in the District of Columbia.
- ☒ Alleged violation occurred 365 days or less (6 months or less for D.C. Government Employees).
- ☒ At least 1 employee (More than 15 employees to cross file with EEOC).
- ☒ You have not commenced any other action, civil, criminal, or Administrative in any other forum or agency based on the same unlawful discriminatory practice describe herein.

DC Office of Human Rights
441 4th Street, NW, Suite 570N
Washington, DC 20001
202-727-4559 *Fax 202-727-9589
Complaint Form

2

rev 02/02