LAW OFFICES
# McDONALD & KARL
SUITE 1250
900 SEVENTEENTH STREET, N.W.
WASHINGTON, D.C. 20006

(202) 293-3200
FAX: (202) 429-1851

BRADLEY G. McDONALD
JOHN F. KARL, JR.
C. MICHAEL TARONE*
NANCY J. MALIR†
WILLIAM P. FARLEY°

†ALSO ADMITTED IN MD
*ALSO ADMITTED IN NY & MD
°ADMITTED IN VA

OF COUNSEL
WILLIAM B. MOORE*

November 17, 2003

BY FAX 727-9589

Mr. Aden Demas
Office of Human Rights
District of Columbia
Washington, D.C.

Re: *Anita Crane*

Dear Mr Demas:

    In response to your request, I am writing to confirm that you are authorized to speak with Anita Crane in connection with the filing of her complaint of discrimination and retaliation.

    If you have any questions, please call me.

Very truly yours,

*[signature: John F. Karl, Jr.]*

John F. Karl, Jr.

cc: Anita Crane