## DECLARATION OF ANITA CRANE

I, Anita Crane, being duly sworn, depose and state,

1. I first became aware that the Equal Employment Opportunity Commission sent a Notice of Right to Sue when my attorney provided me with a copy of this Notice in late May, 2005. My attorney received a copy of the Notice of Right to Sue on May 23, 2005, when this was faxed to him by Bruce Collins of C-SPAN. See Exhibit A.

2. I never received the Notice of Right to Sue from the EEOC. I moved away from the Alexandria, Virginia address to which the Notice of Right to Sue around March, 2002, more than 19 months *before* I filed a complaint of discrimination.

3. The address listed on the complaint of discrimination filed with the District of Columbia Office of Human Rights [9770 Hagel Circle, Lorton, VA 22079] is my current home address where I have lived since March, 2002. A copy of the complaint listing my correct address is attached hereto as Exhibit B.

4. At no time did I use any other home address since I filed my complaint of discrimination in late 2003, although the Office of Human Rights sent some communications to me through my attorney.

5. I never at any time received the January 24, 2005 Notice of Right to Sue until I received a copy from my attorney in late May, 2005

Subscribed and sworn to under penalty of perjury on this 25th day of July, 2005.

_____
Anita Crane

Case 1:05-cv-02052-RMU     Document 12-7     Filed 04/20/2006     Page 2 of 2