LAW OFFICES
# KARL & TARONE
A PARTNERSHIP CONSISTING OF PROFESSIONAL CORPORATIONS

SUITE 1250
900 SEVENTEENTH STREET, N. W.
WASHINGTON, D.C. 20006
(202) 293-3200
FAX: (202) 429-1851

JOHN F. KARL, JR.°
C. MICHAEL TARONE▲
NANCY J. MALIR†
WILLIAM P. FARLEY▲†
ANDREW J. ROWE†
MARK W. THOMPSON*

▲ ALSO ADMITTED IN NY
† ALSO ADMITTED IN MD
° ALSO ADMITTED IN FL
* ADMITTED IN VA ONLY

August 1, 2005

BY FAX 419-0740 AND CERTIFIED MAIL

Mr. David Gonzalez
State and Local Coordinator, EEOC
1801 L Street, N.W., Suite 100
Washington, D. C. 20507

Re: *Crane v. C-SPAN*
10-C-2004-00061

Dear Mr. Gonzalez:

Pursuant to our telephone conversations, I am enclosing a declaration signed by Anita Crane that explains why she never received the Notice of Right to Sue. As Ms. Crane establishes, she never lived at the Alexandria Virginia address when she filed her complaint or at any time after she filed her complaint with the D.C. Office of Human Rights. Exhibit A.

The documentary record supports Ms. Crane's declaration. The charge of discrimination lists Ms. Crane's correct address in Lorton, Virginia. Exhibit B  On December 8, 2003, the D.C. Office of Human Rights sent Ms. Crane a letter at the correct address in Lorton, Virginia. Exhibit C. On March 10, 2004, the Office of Human Rights began sending correspondence to Ms. Crane in care of her attorneys. Exhibit D. We submit that there is no document in the record at the Office of Human Rights *submitted by Ms. Crane* that bears her previous address in Alexandria address.

Please issue an amended Notice of Right to Sue and send this to the correct address. I would appreciate your providing me with a copy as well.

Very truly yours,

John F. Karl, Jr.

cc: Anita Crane



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Washington Field Office

1801 L Street, N.W., Suite 100
Washington, D.C. 20507
(202) 419-0700
TTY (202) 419-0702
FAX (202) 419-0740, 0739 & 0701

# *Facsimile Transmittal Sheet*

**Deliver To:**

Name: John Karl, Jr.

Office: Karl & Tarone

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sender:**

Name: David Gonzalez

Number: 202/419-0714

Pages Sent: 4        +1 Cover Sheet

Date: 8/8/05

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Comments/Remarks**

*Pd in File*



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Washington Field Office

1400 L Street NW, Suite 200
Washington, DC 20005
(202) 275-7377
TTY (202) 275-7518
FAX (202) 275-6834

JAN 24 2005

Anita C. Crane
3201 Landover Street, # 821
Alexandria, VA 22305-1921

Re:   Crane v. National Cable Satellite Corporation
      EEOC Charge No. 10C 2004 00061

Dear Ms. Crane:

This is in response to your request for a substantial weight review of the above-referenced charge of employment discrimination. After careful review of your case, which was investigated by the D.C. Office of Human Rights, the EEOC has decided to adopt the decision of that agency. The enclosed document entitled "Dismissal and Notice of Rights" explains that if you wish to pursue the matter in court, you must file suit within 90 days.

Your charge filed in November 2003, alleged that you were discriminated because of your religion and disability and in retaliation for complaining of discrimination. The EEOC has dismissed your charge because it is our judgment that we will not be able to prove, even with a rework of the investigation, that National Cable Satellite Corporation is in violation of one of the statutes that we enforce.

If you would like to obtain copies of your investigative file, you need to contact the D.C. Office of Human Rights. Their offices are located at 441 4th Street, N.W., Suite 570N, Washington, D.C. 20001. I am sorry that we cannot help you further in this matter.

Sincerely,

David Gonzalez
State & Local Coordinator

EEOC Form 161 (3/98)     U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: Anita C. Crane
c/o John Karl, Jr., Esq.
McDonald & Karl
900 17th Street, NW
Washington, D.C. 20006

From: Washington Field Office
1801 L Street, N.W.
Suite 100
Washington, DC 20507

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 10C-2004-00061 | David Gonzalez, State & Local Coordinator | (202) 419-0714 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[X] Other (*briefly state*)    Reissue of RTS issued on 1/24/05. Original was mailed to wrong address.

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this Notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

On behalf of the Commission

*Dana R. Hutter* (signature)

Dana Hutter,
Director

JUN 2 0 2005

Enclosure(s)                                            (Date Mailed)

cc: Brian Lamb
NATIONAL CABLE SATELLITE
400 N. Capitol Street, N.W., Suite 650
Washington, DC 20001