## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANITA CRANE ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 1:05-cv-02052-RMU |
| ) | |
| NATIONAL CABLE SATELLITE ) | |
| CORPORATION ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## **ORDER**

Upon consideration of Defendant's Motion For Summary Judgment, the memorandum of points and authorities in support thereof, any opposition and reply thereto, and the entire record, and for good cause shown, it is by this Court on this _____ day of _____, 2006,

ORDERED, that Defendant's Motion is GRANTED and judgment is entered in favor of Defendant on each of Plaintiff's claims.

SO ORDERED.

_____
United States District Court Judge

Copies to:

All counsel of record

DC1 30164864.1