UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANITA CRANE, | ) |
|     Plaintiff, | ) |
| v. | ) C. A. NO. 05-2052 RMU |
| NATIONAL CABLE SATELLITE CORPORATION, | ) |
|     Defendant. | ) |

## ORDER

Upon consideration of Defendant's Motion for Summary Judgment, Plaintiff's Cross-Motion for Summary Judgment on Affirmative Defense of Timeliness, Memorandum of Points and Authorities in Support Thereof and Opposition to Defendant's Motion for Summary Judgment, Plaintiff's Statement of Material Facts in Dispute and Material Facts Omitted by Defendant, the Opposition thereto and the entire record herein, it is this __ day of May, 2006, hereby

ORDERED that plaintiff's cross-motion should be, and hereby is, granted; and it is further

ORDERED that partial summary judgment should be, and hereby is, granted to plaintiff on defendant's affirmative defense of timeliness.

_____
RICARDO M. URBINA
U.S. DISTRICT JUDGE

BY ECF

cc:   John F. Karl, Jr.
      Karl & Tarone
      900 17th Street, N.W.
      Suite 1250
      Washington, D.C. 20006
      (202) 293-3200
      Counsel for Plaintiff


      Raymond C. Baldwin, Esquire
      David M. Burns, Esquire
      SEYFARTH SHAW
      815 Connecticut Ave., N.W.
      Washington, D.C.  20006
      Counsel for Defendant