LAW OFFICES
# KARL & TARONE
A PARTNERSHIP CONSISTING OF PROFESSIONAL CORPORATIONS

SUITE 1250

900 SEVENTEENTH STREET, N. W.

WASHINGTON, D.C. 20006

(202) 293-3200

FAX: (202) 429-1851

JOHN F. KARL, JR.°
C. MICHAEL TARONE▲
NANCY J. MALIR†
WILLIAM P. FARLEY▲†
ANDREW J. ROWE†
MARK W. THOMPSON*

▲ ALSO ADMITTED IN NY
† ALSO ADMITTED IN MD
° ALSO ADMITTED IN FL
* ADMITTED IN VA ONLY

August 1, 2005

BY FAX 419-0740 AND CERTIFIED MAIL

Mr. David Gonzalez
State and Local Coordinator, EEOC
1801 L Street, N.W., Suite 100
Washington, D. C. 20507

Re: *Crane v. C-SPAN*
10-C-2004-00061

Dear Mr. Gonzalez:

Pursuant to our telephone conversations, I am enclosing a declaration signed by Anita Crane that explains why she never received the Notice of Right to Sue. As Ms. Crane establishes, she never lived at the Alexandria Virginia address when she filed her complaint or at any time after she filed her complaint with the D.C. Office of Human Rights. Exhibit A.

The documentary record supports Ms. Crane's declaration. The charge of discrimination lists Ms. Crane's correct address in Lorton, Virginia. Exhibit B  On December 8, 2003, the D.C. Office of Human Rights sent Ms. Crane a letter at the correct address in Lorton, Virginia. Exhibit C. On March 10, 2004, the Office of Human Rights began sending correspondence to Ms. Crane in care of her attorneys. Exhibit D. We submit that there is no document in the record at the Office of Human Rights *submitted by Ms. Crane* that bears her previous address in Alexandria address.

Please issue an amended Notice of Right to Sue and send this to the correct address. I would appreciate your providing me with a copy as well.

Very truly yours,

John F. Karl, Jr.

cc: Anita Crane