UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANITA CRANE | ) |
| | ) |
|        **Plaintiff,** | ) |
| | ) |
| v. | ) C. A. NO. 05-2052 RMU |
| | ) |
| NATIONAL CABLE SATELLITE CORPORATION | ) |
| | ) |
|        **Defendant.** | ) |

**DECLARATION OF PLAINTIFF'S COUNSEL**

I, John F. Karl, Jr., being duly sworn, depose and state:

1. I am counsel for Anita Crane, plaintiff in this lawsuit.

2. On or about May 23, 2005, I telephoned Bruce Collins, Esquire, in-house counsel at C-SPAN, to see if C-SPAN had any interest in settling this matter. Mr. Collins responded by telling me C-SPAN was not interested in settlement because the EEOC had issued the Notice of Right to Sue in January, 2005 and he suggested that the time for filing suit had already expired.

3. Mr. Collins sent me a copy of the January 24, 2005 Notice of Right to Sue by fax on or about May 23, 2005.

4. Prior to my May 23, 2005 conversation with Mr. Collins, I was unaware that the EEOC had issued the January 24, 2005 Notice of Right to Sue. I did not receive a copy from the EEOC and the first copy I received arrived by fax from Mr. Collins on or about May 23, 2005.

5. After receiving the January 24, 2005 Notice of Right to Sue, I spoke with David Gonzalez, State and Local Coordinator with the Washington Field Office of the EEOC. I advised Mr. Gonzalez that the EEOC sent the January 24, 2005 Notice of Right to Sue to the wrong address, that Ms. Crane had not received the January 24, 2005 Notice of Right to Sue, and that Ms. Crane had never provided that address to either the District of Columbia Office of Human Rights or the EEOC.

6. Mr. Gonzalez responded that the EEOC would likely issue a second Notice of Right to Sue.

7. In late July, 2005, I prepared a Declaration for Ms. Crane's signature. On August 1, 2005, I asked that a copy of my cover letter and Crane's Declaration be faxed to Mr. Gonzalez.

8. On August 8, 2005, Mr. Gonzalez faxed me a copy of the June 20, 2005 Notice of Right to Sue. This was the first time I received a copy of the second Notice of Right to Sue. As a copy of the envelope demonstrates, the post office returned the June 20, 2005 letter to the EEOC, perhaps because the EEOC did not include the suite number as part of the address. *See* Exhibit B.

Subscribed and sworn to under penalty of perjury on this 1st day of May, 2006

                                      Respectfully submitted,

                                            /s/
                                    John F. Karl, Jr. 292458
                                    Karl & Tarone