**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANITA CRANE )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>NATIONAL CABLE SATELLITE )<br>CORPORATION )<br>)<br>    Defendant. )<br>_____) | Civil Action No. 1:05-cv-02052-RMU |

## **ORDER**

Upon consideration of Defendant's Motion For Summary Judgment, the memorandum of points and authorities in support thereof, Plaintiff's opposition and cross-motion for summary judgment, any reply, and the entire record, and for good cause shown, it is by this Court on this _____ day of _____, 2006,

ORDERED, that Defendant's Motion is GRANTED and judgment is entered in favor of Defendant on each of Plaintiff's claims; and it is

FURTHER ORDERED, that Plaintiff's Cross-Motion for Summary Judgment is DENIED.

SO ORDERED.

                                                                          _____
                                                                          United States District Court Judge

Copies to:
All counsel of record