**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ANITA CRANE | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:05-cv-02052-RMU |
| | ) | |
| NATIONAL CABLE SATELLITE | ) | |
| CORPORATION | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## <u>ORDER</u>

Upon consideration of Defendant's Motion To Stay Discovery Pending Ruling On

Defendant's "Motion For Summary Judgment – Plaintiff's Claims Are Untimely," any

opposition thereto, and the entire record, and for good cause shown, it is by this Court on this

_____ day of _____, 2006,

ORDERED, that Defendant's Motion is GRANTED and that discovery is this case be

and hereby is STAYED pending the Court's resolution of Defendant's pending Motion for

Summary Judgment.

SO ORDERED.

_____
United States District Court Judge

Copies to:
All counsel of record