UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANITA CRANE | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | ) C. A. NO. 05-2052 RMU |
| | ) |
| NATIONAL CABLE SATELLITE | ) |
| CORPORATION | ) |
| | ) |
|       Defendant. | ) |
| | ) |

**PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF TIME**

This an employment discrimination action brought under Title VII and the Americans with Disabilities Act. Pursuant to the Order of the Court and Rule 26(a)(1) of the Federal Rules of Civil Procedure, Anita Crane timely made her Initial Disclosures and served her discovery responses.

Defendant has filed a Motion for Summary Judgment. Plaintiff timely filed an Opposition and Cross-Motion for Partial Summary Judgment on Affirmative Defense of Timeliness. Plaintiff's Reply in Support of Cross-Motion for Summary Judgment is due on May 15, 2006.

Defendant initiated a conference call with Chambers that was held on May 3, 2006 for the purpose of seeking leave to file Motion for Stay of Discovery. However, the phone connection for the undersigned plaintiff's counsel was broken and he did not participate in that conference call. As a result of that conference call, Plaintiff's Opposition to Motion for Stay is also due on May 15, 2006.

Plaintiff's counsel seeks an enlargement of these deadlines for three days for good cause shown. In the last week, plaintiff's counsel's energies have been primarily directed to the

completion of Reply Brief in the consolidated appeals captioned *Velikonja v. Gonzalez*, App. No. 05-5030 and 05-5303. Appellant's Reply Brief was initially due to be filed on April 28, 2006 and counsel had to seek an extension of time for additional two weeks to and including May 12, 2005 for filing the Reply Brief.

The undersigned counsel also has to prepare a post-hearing Brief in a long-standing tenure revocation controversy with a local university. This deadline was set in mid-April, 2006

Plaintiff's counsel will be out of the office on May 15 and 16, 2006, as he is driving his mother home to Utica, New York. He will not return to the office until May 17, 2006.

Counsel for defendant, Ray Baldwin, graciously consented to this motion.

WHEREFORE, plaintiff respectfully requests the court enlarge the time three days to and including May 18, 2006, for her to file her Opposition to Defendant's Motion for Stay of Discovery and her Reply Memorandum in Support of Cross-Motion for Partial Summary Judgment on Affirmative Defense of Timeliness. A draft Order is attached.

Respectfully submitted,

_____
John F. Karl, Jr. 292458
Karl & Tarone
900 17th Street, N.W.
Suite 1250
Washington, D.C. 20006
(202) 293-3200
Counsel for Plaintiff