UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANITA CRANE | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. NO. 05-2052 RMU |
| | ) |
| NATIONAL CABLE SATELLITE | ) |
| CORPORATION | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER**

Upon consideration of Plaintiff's Consent Motion for Enlargement of Time for Filing Opposition to Defendant's Motion for Stay of Discovery and for Filing Reply Memorandum in Support of Cross-Motion for Summary Judgment, the lack of Opposition thereto, and the entire record herein, it is this __ day of May, 2006, hereby

ORDERED that plaintiff's motion should be, and hereby is, granted; and it is further

ORDERED that plaintiff shall file her Opposition to Defendant's Motion for Stay of Discovery no later than May 18, 2006; and it is further

ORDERED that plaintiff shall file her Reply Memorandum in Support of Cross-Motion for Partial Summary Judgment on Affirmative Defense of Timeliness no later than May 18, 2006.

                                                                            RICARDO M. URBINA
                                                                            U.S. DISTRICT JUDGE

BY ECF

cc:   John F. Karl, Jr.
      Karl & Tarone
      900 17th Street, N.W.
      Suite 1250
      Washington, D.C. 20006
      (202) 293-3200
      Counsel for Plaintiff


      Raymond C. Baldwin, Esquire
      David M. Burns, Esquire
      SEYFARTH SHAW
      815 Connecticut Ave., N.W.
      Washington, D.C.  20006
      Counsel for Defendant