UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANITA CRANE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. NO. 05-2052 RMU |
| | ) |
| NATIONAL CABLE SATELLITE CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of Defendant's Motion for Stay of Discovery, Plaintiff's Opposition thereto and the entire record herein, it is this __ day of May, 2006, hereby

ORDERED that defendant's Motion for Stay of Discovery should be, and hereby is, denied.

_____
RICARDO M. URBINA
U.S. DISTRICT JUDGE

1

BY ECF

cc:   John F. Karl, Jr.
      Karl & Tarone
      900 17th Street, N.W.
      Suite 1250
      Washington, D.C. 20006
      (202) 293-3200
      Counsel for Plaintiff


      Raymond C. Baldwin, Esquire
      David M. Burns, Esquire
      SEYFARTH SHAW
      815 Connecticut Ave., N.W.
      Washington, D.C.  20006
      Counsel for Defendant