**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANITA CRANE ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 1:05-cv-02052-RMU |
| ) | |
| NATIONAL CABLE SATELLITE ) | |
| CORPORATION ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION TO STAY DISCOVERY

In her opposition to Defendant's motion to stay discovery pending ruling on Defendant's fully briefed "Motion For Summary Judgment – Plaintiff's Claims Are Untimely," Plaintiff acknowledges that this Court has discretion to stay discovery. Plaintiff opposes the stay because she thinks that Defendant's motion for summary judgment "lacks merit." However, Defendant has cited cases that clearly establish that Plaintiff's lawsuit is untimely, but Plaintiff has cited no case suggesting that her lawsuit is timely. A stay of discovery pending ruling on Defendant's motion for summary judgment is warranted. All briefing regarding the motion for summary judgment and motion to stay is now complete.

                                         Respectfully submitted,

                                         NATIONAL CABLE SATELLITE
                                         CORPORATION

                                         By:   /s/ Raymond C. Baldwin
                                             Raymond C. Baldwin, Esq., # 461514
                                             David M. Burns, Esq. # 466167
                                             SEYFARTH SHAW LLP
                                             815 Connecticut Avenue, N.W., Suite 500
                                             Washington, DC 20006-4004
                                             (202) 463-2400
                                             (202) 828-5393 (fax)
Dated: May 25, 2006                            Attorneys for Defendant

DC1 30167223.1