**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANITA CRANE )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>NATIONAL CABLE SATELLITE )<br>CORPORATION )<br>)<br>    Defendant. )<br>_____) | Civil Action No. 1:05-cv-02052-RMU |

**ORDER**

Upon consideration of Defendant's Motion For An Extension Of Time To Respond To Plaintiff's Discovery Requests, and for good cause shown, it is by this Court on this _____ day of _____, 2006,

ORDERED, that Defendant's Motion is GRANTED and that the time for Defendant to respond to Plaintiff's discovery requests be and hereby is extended until June 12, 2006.

SO ORDERED.

                                                                                        _____
                                                                                        United States District Court Judge

Copies to:
All counsel of record