UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANITA CRANE, :<br>:<br>Plaintiff, :<br>:<br>v. :<br>:<br>NATIONAL CABLE SATELLITE CORP., :<br>*aka C-SPAN*, :<br>:<br>Defendant. : | Civil Action No.:    05-2052 (RMU)<br><br>Document No.:    12 |

# ORDER

### GRANTING THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

For the reasons stated in the accompanying Memorandum Opinion, it is this 30th day of April, 2007,

**ORDERED** that the defendant's motion for summary judgment is **GRANTED**.

**SO ORDERED**.

                                                                              RICARDO M. URBINA
                                                                              United States District Judge