UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANITA CRANE | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. NO. 05-2052 RMU |
| | ) |
| NATIONAL CABLE SATELLITE CORPORATION | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that plaintiff Anita Crane appeals from the Decision and Judgment entered against her on April 30, 2007 and all prior orders incorporated in that Decision and Judgment.

Respectfully submitted,

_____/S/_____
John F. Karl, Jr. 292458
Karl & Tarone
900 17th Street, N.W.
Suite 1250
Washington, D.C. 20006
(202) 293-3200
Counsel for Plaintiff