# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 07-7119                                    September Term, 2007

ANITA CRANE,
         APPELLANT

v.

NATIONAL CABLE SATELLITE CORPORATION, ALSO KNOWN AS C-SPAN,
         APPELLEE



Appeal from the United States District Court
for the District of Columbia
(No. 05cv02052)

Before: SENTELLE, *Chief Judge*, and RANDOLPH and ROGERS, *Circuit Judges*.

### JUDGMENT

This case was considered on the record from the United States District Court for the District of Columbia and on the briefs filed by the parties. The Court has determined that the issues presented occasion no need for oral argument. *See* D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the judgment of the district court be affirmed.

For the reasons stated in the district court's opinion, plaintiff's Title VII suit is time-barred.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after

A True Copy:
    United States Court of Appeals
    for the District of Columbia Circuit

By: _____ Deputy Clerk

- 2 -

resolution of any timely petition for rehearing or rehearing en banc. *See* Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

FOR THE COURT:
Mark J. Langer, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk
